

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00071-CV

_____

ST. ANNE & ST. JOACHIM, LLC, Appellant

V.

CITY OF WESTWORTH VILLAGE, Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-339248-22

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Dismiss Appeal." We grant the motion to the extent that we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 23, 2024